ATTEST: A TRUE COPY
CERTIFIED THIS
JAN 4 2016
James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - ATLANTA
NOV 05 2002
LUTHER D. THOMAS, CL.
By: _____ Deputy Clk

UNITED STATES OF AMERICA

v.

SAMUEL CHARLES HARDEMAN

CRIMINAL INDICTMENT

NO. 1:02-CR-684

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Beginning on or about September 30, 2002, and continuing until on or about November 1, 2002, in the Northern District of Georgia and elsewhere, the defendant, SAMUEL CHARLES HARDEMAN, using a facility and means of interstate commerce, that is, a computer, knowingly attempted to induce an individual who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, statutory rape (O.C.G.A. § 16-6-3) and child molestation (O.C.G.A. § 16-6-4), in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

Beginning on or about September 30, 2002, and continuing until on or about November 1, 2002, in the Northern District of Georgia and elsewhere, the defendant, SAMUEL CHARLES HARDEMAN, knowingly aided and abetted the attempted transportation of an individual who had not attained the age of 18 years in interstate commerce, with

the intent that the individual engage in sexual activity for which the defendant could be charged with a criminal offense, that is, statutory rape (O.C.G.A. § 16-6-3) and child molestation (O.C.G.A. § 16-6-4), in violation of Title 18, United States Code, Sections 2423(b) and 2.

## COUNT THREE

Beginning on or about September 30, 2002, and continuing until on or about November 1, 2002, in the Northern District of Georgia and elsewhere, the defendant, SAMUEL CHARLES HARDEMAN, knowingly attempted to induce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and knowing that such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

On or about September 30, 2002, in the Northern District of Georgia and elsewhere, the defendant, SAMUEL CHARLES HARDEMAN, knowingly transported and attempted to transport in interstate commerce, by computer, a series of computer graphic images entitled "BBY-IMG2.jpg," "babygrlcum.jpg," and "baby21(1).jpg," the production of which involved the use of an adult male engaging in

sexually explicit conduct with a prepubescent female, in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT FIVE

On or about September 30, 2002, in the Northern District of Georgia and elsewhere, the defendant, SAMUEL CHARLES HARDEMAN, knowingly transported and attempted to transport in interstate commerce, by computer, a series of computer graphic images entitled "dcp00227.jpg," "dcp00246.jpg," and "dcp00250.jpg," the production of which involved the use of an adult male engaging in sexually explicit conduct with a prepubescent female, in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT SIX

On or about September 30, 2002, in the Northern District of Georgia and elsewhere, the defendant, SAMUEL CHARLES HARDEMAN, knowingly transported and attempted to transport in interstate commerce, by computer, a series of computer graphic images entitled "U4-momlick1.jpg," and "U4-momlick2.jpg," the production of which involved the use of an adult female engaging in sexually explicit conduct with a prepubescent female, in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT SEVEN

On or about September 30, 2002, in the Northern District of Georgia and elsewhere, the defendant, SAMUEL CHARLES HARDEMAN, knowingly transported and attempted to transport in interstate

commerce, by computer, a series of computer graphic images entitled "dcp01018.jpg," "dcp01023.jpg," and "dcp01124.jpg," the production of which involved the use of an adult male engaging in sexually explicit conduct with a prepubescent female, in violation of Title 18, United States Code, Section 2252A(a)(1).

A _____ BILL

**SIGNATURE REDACTED**

FOREPERSON

WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

E. VAUGHN DUNNIGAN
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6047
404/581-6181 (facsimile)
Georgia Bar No. 234350